SEALED
RCK
FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 2 2 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. CCB-12-087 |
| | : UNDER SEAL |
| BODOG ENTERTAINMENT GROUP S.A., | : |
| d/b/a BODOG.com, | : |
| CALVIN AYRE, | : |
| JAMES PHILIP, | : |
| DAVID FERGUSON, and | : |
| DERRICK MALONEY, | : |
| Defendants. | : |

...oOo...

## MOTION TO SEAL

The United States of America, through undersigned counsel, hereby requests an order sealing the Indictment and related papers under this case number, including this motion, and in support therefor states as follows:

1. An Indictment has been returned today in this case charging the defendants with conducting a gambling business and money laundering in violation of 18 U.S.C. sections 1955 and 1956.

2. Rule 6(e)(4) authorizes the Court to seal an Indictment until a defendant is in custody or has been released pending trial.

3. Bench warrants for the individual defendants in this case are being requested today, and after those defendants are in custody, or at some appropriate alternative time, the government will submit a request to unseal the Indictment and related papers that are sealed pursuant to this Motion. The other defendant is a

corporate entity for which sealing is not necessary once the individual defendants are in custody.

**WHEREFORE,** the government respectfully requests that the Indictment and all records under this case number, including this motion, be placed under seal.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

February 22, 2012
Date

Richard C. Kay
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4850
Bar.No. 06766